AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARVEL SHERRELL a/k/a "V6", NICHOLAS L. NIXON, ARION D. STRICKLAND, and JACQUEZ T. LOVE, | ) ) ) ) ) | Case No. 4:22 MJ 3143 NCC |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 24, April 18, 21, 2022__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 846 | CT. 1 - Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine and Fentanyl |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Amanda Joyce, Task Force Officer, DEA
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 05/13/2022

*Judge's signature*

City and state: St. Louis, Missouri     Honorable Noelle C. Collins, U.S. Magistrate Judge
*Printed name and title*